IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR398 |
| vs. | **ORDER** |
| FRANCISCO GOMEZ-LOPEZ, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR111 |
| vs. | **ORDER** |
| RICARDO TIRADO-MALIEL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motions for Rule 35 hearings (Filing No. 46 in 8:13CR398 and Filing No. 17 in 8:14CR111). Plaintiff was represented by Nancy A. Svoboda, Assistant United States Attorney; the defendants were represented by Michael F. Maloney, Assistant Federal Public Defender. The Court finds the Motions should be granted. Accordingly,

IT IS HEREBY ORDERED that defendants' sentences are reduced to time served.

DATED this 16th day of November, 2016.

BY THE COURT

**/s/ Lyle E. Strom**

**LYLE E. STROM, Senior Judge**
**United States District Court**

1